IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIJELA MOJSILOVIC and ALEKSANDAR MOJSILOVIC,<br><br>Plaintiffs,<br><br>vs.<br><br>PURE PROTEIN, LLC, a domestic limited liability company, and WILLIAM HILDEBRAND, an individual,<br><br>Defendants. | Case No. CIV-14-886-R |

**DEFENDANT WILLIAM HILDEBRAND'S RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b)**

Defendant William Hildebrand, by and through counsel, states that he has no objection to Plaintiffs' request for an entry of final judgment regarding this Court's order dismissing Plaintiffs' claims against the State of Oklahoma ex rel. The Board of Regents for the University of Oklahoma.

Respectfully submitted,

s/ James E. Warner III
Stephen R. Johnson, OBA No. 4724
James E. Warner III, OBA No. 19593
HOLLADAY & CHILTON PLLC
204 N. Robinson Ave., Suite 1550
Oklahoma City, OK 73102
(405) 236-2343 Office
(405) 236-2349 Fax

ATTORNEYS FOR DEFENDANT
WILLIAM HILDEBRAND

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2015, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/ James E. Warner III