IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIJELA MOJSILOVIC and ALEKSANDAR MOJSILOVIC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   CIV-14-886-R ) |
| STATE OF OKLAHOMA ex rel. THE BOARD OF REGENTS FOR THE UNIVERSITY OF OKLAHOMA, *et al.*, | ) ) ) ) ) ) |
| Defendants. | ) |

## RULE 54(b) JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Entry of Judgment, pursuant to Rule 54(b), in light of the Court's April 3, 2015 Order granting the Motion to Dismiss filed by the State of Oklahoma *ex rel.* The Board of Regents for the University of Oklahoma on grounds of Eleventh Amendment immunity. The Court directed the entry of final judgment under Rule 54(b) by Order dated August 5, 2015.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Defendant State of Oklahoma ex rel. The Board of Regents for the University of Oklahoma, and against Plaintiffs Danijela Mojsilovic and Aleksandar Mojsilovic.

DATED this 5th day of August, 2015.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE