# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DANIJELA MOJSILOVIC, and <br> (2) ALEKSANDAR MOJSILOVIC, <br> <br> PLAINTIFFS, <br> <br> v. <br> <br> (1) STATE OF OKLAHOMA ex rel. THE <br> BOARD OF REGENTS FOR THE <br> UNIVERSITY OF OKLAHOMA; <br> (2) PURE PROTEIN, LLC., a domestic <br> limited liability company, and <br> (3) WILLIAM HILDEBRAND, an individual. <br> <br> DEFENDANTS. | Case No. CIV-14-886-R |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come now Plaintiffs, by and through their counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) file their Stipulation for Dismissal Without Prejudice. Each party bears its own attorney fees and costs of court.

Respectfully submitted,

*s/Michael D. Denton, Jr.*
Michael D. Denton, Jr., OBA #13939
DENTON LAW FIRM
925 West State Highway 152
Mustang, Oklahoma  73064
Telephone:   (405) 376-2212
Facsimile:   (405) 376-2262
*michael@dentonlawfirm.com*
ATTORNEY FOR PLAINTIFFS

*s/ Jason Boulette)*
Jason S. Boulette (TX Bar No. 90001846)
(Admitted Pro Hac Vice)
Steven H. Garrett (TX Bar No. 24073473)
(Admitted Pro Hac Vice)
Boulette Golden & Marin L.L.P.
2801 Via Fortuna, Suite 530
Austin, TX  78746
Telephone:   (512) 732-8901
Facsimile:    (512) 732-8905
*jason@boulettegolden.com*
*steven@boulettegolden.com*

Spencer F. Smith OBA #20430
Joshua W. Solberg, OBA #22308
McAfee & Taft A Professional
Corporation Tenth Floor, Two Leadership
Square 211 North Robinson
Oklahoma City, OK  73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
*spencer.smith@mcafeetaft.com*
*josh.solberg@mcafeetaft.com*

ATTORNEYS FOR DEFENDANT
 PURE PROTEIN, LLC

*s/ Stephen R. Johnson*
Stephen R. Johnson
Holladay & Chilton, PLLC
204 N. Robinson Ave., Ste. 1550
Oklahoma City, OK  73102
Telephone:  (405) 236-2343
Facsimile:  (405) 236-2349
*sjohnson@holladaychilton.com*

ATTORNEY FOR DEFENDANT
 WILLIAM HILDEBRAND

# CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following registrants:

Stephen R. Johnson
Holladay & Chilton, PLLC
204 N. Robinson Ave., Ste. 1550
Oklahoma City, OK  73102
ATTORNEYS FOR DEFENDANT WILLIAM HILDEBRAND

Spencer F. Smith
Joshua W. Solberg
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Oklahoma City, OK  73102-7103
ATTORNEYS FOR DEFENDANT PURE PROTEIN, LLC


Jason S. Boulette
Steven H. Garrett
Boulette Golden & Marin L.L.P.
2801 Via Fortuna, Suite 530
Austin, TX  78746
ATTORNEYS FOR DEFENDANT PURE PROTEIN, LLC


                                          *s/ Michael D. Denton, Jr.*

*S:\Shared Folders\007.000 Employment\007.091 Mojsilovic v. State of Oklahoma\Pleadings\Drafts\2017-07-10 Stipulation for Dismissal Without Prejudice.docx*